**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

**MARSHA K. PARENTEAU,** *et al.***,**

    **Plaintiffs,**

    **vs.**
                            **Civil Action 2:07-cv-851
                                     Judge Watson
                                     Magistrate Judge King**

**CENTURY BANK, A FLORIDA
CORPORATION,**

    **Defendant.**

## ORDER

On February 26, 2013, plaintiff Marsha K. Parenteau filed a motion to substitute plaintiff Thomas E. Parenteau as the party trustee for the 4500 Dublin Road Living Trust, dated April 3, 2003, ("the Trust") in this action.  Doc. No. 192.  Although the docket reflects that the parties, including plaintiff Thomas E. Parenteau, have been served with a copy of this motion to substitute, there nevertheless has been no response.

Rule 25 of the Federal Rules of Civil Procedure, which governs substitution of parties, provides that "[i]f an interest is transferred, the action may be continued by or against the original party unless the court, on motion, orders the transferee to be substituted in the action or joined with the original party."  Fed. R. Civ. P. 25(c).

On January 14, 2011, Thomas E. Parenteau, grantor and sole beneficiary of the Trust, accepted Marsha K. Parenteau's resignation as trustee.  *Exhibit A*, PAGEID# 2225, attached to Doc. No. 192.  On

the same day, Thomas E. Parenteau was named trustee of the Trust.  *Id*. Since his appointment, Thomas E. Parenteau has appeared in this proceeding, represented by counsel, in his role as successor trustee for the Trust.  *See*, *e.g.*, *Consent Judgment*, Doc. No. 143, p. 5.

Under these circumstances, the Court concludes that substitution of the parties is warranted.  Accordingly, plaintiff Marsha K. Parenteau's motion for substitution, Doc. No. 192, is **GRANTED**. Plaintiff Thomas E. Parenteau is **ORDERED SUBSTITUTED** for plaintiff Marsha K. Parenteau as the party trustee for the 4500 Dublin Road Living Trust, dated April 3, 2003, in this action.


May 2, 2013                                     *s/Norah McCann King*
                                                Norah M$^c$Cann King
                                                United States Magistrate Judge