UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**Marsha K. Parenteau, et al.,**

    **Plaintiffs,**

    -v-                                      Case No. 2:07–cv–851

**Iberia Bank, N.A.,**                   Judge Michael H. Watson

    **Defendant.**

## ORDER

On May 29, 2013, the U.S. Magistrate Judge issued a Report and Recommendation for an award of damages in favor of Counterclaim Plaintiff IberiaBank, N.A. ("IberiaBank") and against Counterclaim Defendants Thomas Parenteau and Dennis Sartain. ECF No. 200. Specifically, the Magistrate Judge recommended that the Court award damages in the amount of $27,765,679.23, representing both actual and treble damages, as well as attorneys' fees in the amount of $33,154.96, for a total award of $27,798,834.19.

To date, no party has filed objections to the Magistrate Judge's Report and Recommendation despite having been warned of the consequences of failing to do so. Although the Magistrate Judge granted Thomas Parenteau two extensions of time to file objections, she granted the last ten-day extension on August 20, 2013, warning Parenteau no further extensions would be granted. Hence, even with the extensions, the deadline for filing objections has long since passed.

Accordingly, the Court **ADOPTS** the Magistrate Judge's May 29, 2013 Report and Recommendation, ECF No. 200. The Clerk shall enter final judgment in favor of IberiaBank, and against Thomas Parenteau and Dennis Sartain, jointly and severally, in the amount of $27,765,679.23, representing both actual and treble damages, as well as attorneys' fees in the amount of $33,154.96, for a total award of $27,798,834.19.

**IT IS SO ORDERED.**

*/s/ Michael H. Watson*
**MICHAEL H. WATSON, JUDGE**
**UNITED STATES DISTRICT COURT**